**Opinion issued June 28, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-11-00938-CR

————————

**CHRISTOPHER NORMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1271948

**MEMORANDUM OPINION ON REHEARING**

Appellant, Christopher Norman, pleaded guilty to the offense of failure to comply with sex offender registration and pleaded "true" to the allegation in one felony enhancement paragraph. The trial court found appellant guilty, found the enhancement true, and, in accordance with the terms of appellant's plea bargain agreement with the State, sentenced appellant to five years' confinement. Appellant filed a pro se notice of appeal. The trial court certified that this is a plea-bargain case and that appellant has no right of appeal. We dismissed the appeal for lack of jurisdiction.

Appellant has filed a motion for rehearing of our March 8, 2012 opinion. We deny appellant's motion for rehearing; however, we withdraw this Court's opinion of March 8, 2012, and issue this opinion in its stead. Our judgment of March 8, 2012 remains unchanged.

On September 26, 2011, the trial court sentenced appellant and signed its final judgment. *See* TEX. R. APP. P. 26.2. On October 26, 2011, appellant timely filed a motion for new trial, which the trial court granted. *See* TEX. R. APP P. 21.4. The granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP P. 21.9(b). No motion to withdraw the notice of appeal was filed. *See* TEX. R. APP. P. 42.2. However, the appeal was rendered moot by the order granting a new trial. *See* TEX. R. APP. P. 21.9(b).

Accordingly, we deny the motion for rehearing and dismiss the appeal for want of jurisdiction. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).